[No. 35736-4-II.   Division Two.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LEE BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00005-1, Beverly G. Grant, J., entered December 12, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35845-0-II.   Division Two.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER ANTON LINDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04870-1, Stephanie A. Arend, J., entered January 26, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 35895-6-II.   Division Two.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DEAN HURN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-1-00179-1, Craddock D. Verser, J., entered February 2, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 36068-3-II.   Division Two.   May 6, 2008.]

*In the Matter of the Marriage of* ZOHRA SIDDIQI, *Respondent*, and HASSAN SIDDIQI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-01770-1, Edwin L. Poyfair, J., entered March 1, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Penoyar, J.